UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KRISTINA NELSON and DARREN NELSON,

    Plaintiffs,

vs.　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14-CV-719

WALMART STORES, INC.,

    Defendant.

---

### STIPULATION FOR DISMISSAL

---

IT IS STIPULATED AND AGREED, by and between the parties, through their respective attorneys, that an order may be entered without notice to any party dismissing this action, together with all claims and causes of action set forth in the pleadings, with prejudice and without costs.

Dated: 9/12/15

NOWLAN & MOUAT, LLP
Attorneys for Plaintiff

By: _____
Steven T. Caya
State Bar No. 1019596

Dated: 10/12/15

PETERSON, JOHNSON & MURRAY, S.C.
Attorneys for Defendant

By: _____
Clayton L. Riddle
State Bar No. 1023267
Maria D. Sanders
State Bar No. 1031037

Dated: 4/14/15

FALK LEGAL GROUP
Attorneys for Mercycare Insurance Co.

By: _____
Matthew R. Falk
State Bar No. 1023040