UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

KRISTINA NELSON and DARREN NELSON,

    Plaintiffs,

vs.                                               Case No. 14-CV-719

WALMART STORES, INC.,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

On reading and filing the foregoing stipulation and on motion of Nowlan & Mouat, LLP, attorneys for plaintiff,

IT IS ORDERED that the above-entitled action, together with all claims and causes of action set forth in the pleadings be, and is hereby, dismissed with prejudice and without costs.

Dated at Milwaukee, Wisconsin, this _____ day of October, 2015.

                                      BY THE COURT:

                                      _____

                                      District Court Judge